642 A.2d 466

Edward RUNSKI, Appellant,

v.

AFSCME, LOCAL 2500; COUNCIL 13, AFSCME, AFL–CIO;
AFSCME District 84, AFL–CIO; and the Commonwealth
of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Submitted Jan. 28, 1993.

Decided May 25, 1994.

Timothy P. O'Reilly, for E. Runski.

Alaine S. Williams, David B. Farney, William H. Haller, for
AFSCME.

Before NIX, C.J., and FLAHERTY, ZAPPALA,
PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.